**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7016**

MICHAEL JOHN SARNO,

       Petitioner - Appellant,

   v.

ERIC D. WILSON,

       Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:17-cv-00953-LO-JFA)

Submitted: February 28, 2019                Decided: March 6, 2019

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael John Sarno, Appellant Pro Se. Gerard John Mene, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael John Sarno, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sarno v. Wilson*, No. 1:17-cv-00953-LO-JFA (E.D. Va. filed July 27, 2018, & entered July 31, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
